(No. 74-CC-157—Claimant 

R. L. Cummins, d/b/a Cummins Food Specialties, Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed March 8, 1974.*

Louis G. Horman, Attorney for Claimant.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.